**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rita Moonen,

Plaintiff,

v.

Primary Financial Services, L.L.C.,

Defendant

Civil File No. 01-CV-290 JMR/FLN

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, that the deadline for answering or otherwise responding to Plaintiff's Complaint in the above matter shall be extended to April 30, 2001.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: April 12, 2001

By ______________________
Christopher R. Morris (License #230613)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000
*ATTORNEYS FOR DEFENDANT*
*PRIMARY FINANCIAL SERVICES, L.L.C.*

**THE BARRY LAW OFFICE, LTD.**

Dated: April 11, 2001

By ______________________
Peter F. Barry (License #0266577)
1560 Beam Avenue, Suite A.
Maplewood, MN 55109-1171
(651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (License #249646)
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707
*ATTORNEYS FOR PLAINTIFF*

APR 17 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

**IT IS HEREBY ORDERED** that the deadline to Answer or otherwise respond to Plaintiff's Complaint in the above matter is extended until April 30, 2001.

BY THE COURT:

Dated: April 16, 2001

Franklin L. Noel
United States Magistrate Judge

280513.WPD