UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
01-CV-290 (JMR/FLN)

Rita Moonen )
v. ) ORDER
Primary Financial Services )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: May 31 8, 2001

JAMES M. ROSENBAUM
United States District Judge

(5)

FILED 5-31-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK