**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rita Moonen,

Plaintiff,

vs.

Primary Financial Services, L.L.C.

Defendant.

**Court File No.: 01-CV-290-JMR/FLN**

**STIPULATION OF DISMISSAL AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 6/12/2001

**THE BARRY LAW OFFICE, LTD.**

By _______________
Peter F. Barry (#0266577)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-714-8800

Dated: 6/11/01

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By _______________
Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED JUL 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated: June 27, 2001

Judge of United States District Court